AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Ginsburg, Douglas H. | 2. Court or Organization  D.C. Circuit | 3. Date of Report  08/13/2009 |
|---|---|---|

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Circuit Judge

**5a. Report Type** (check appropriate type)

- [ ] Nomination, Date
- [ ] Initial
- [✓] Annual
- [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2008
to
12/31/2008

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

- [ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer of Law | University of Chicago Law School |
| 2. Visiting Professor of Law | George Mason University School of Law |
| 3. Visiting Scholar | New York Law School |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

- [✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 AUG 13 P 4: 37 FINANCIAL DISCLOSURE OFFICE

**Ginsburg, Douglas H**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | George Mason University | $8,375.00 |
| 2. 2008 | University of Chicago | $17,000 |
| 3. 2008 | New York Law School (See VIII for additional information) | $500.00 |
| 4. 2008 | AEI-Brookings | $1,000.00 |
| 5. 2008 | AEI | $10,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Bar Association | 01/12-15/08 | Cancun, MX | Meeting | Travel related expenses |
| 2. University of Chicago Law School | Jan-Nov/08 | Chicago, IL | Teaching | Travel related expenses |
| 3. Federalist Society Northwestern Student Chapter | 01/29/08 | Chicago, IL | Speech | Travel related expenses |
| 4. Organization for Economic Co-Operation and Development | 02/14-24/08 | Paris, France | Meeting | Travel related expenses |
| 5. University of Chicago Law School | 2/24-26/08 | Chicago, IL | Teaching | Travel related expenses |

| | | | | |
|---|---|---|---|---|
| Name of Person Reporting | | | | Date of Report |
| Ginsburg, Douglas H. | | | | 08/13/2009 |

| | | | | |
|---|---|---|---|---|
| 6. Federalist Society Nova Southe ast Law School Student Chap ter | 03/13-17/08 | Ft. Lauderdale, FL | Speech | Travel related expenses |
| 7. Federalist Society Harvard Stu dent Chapter | 04/02/08 | Chicago, IL | Speech | Travel related expenses |
| 8. New York Law School | Apr-Nov/08 | New York, NY | Teaching | Travel related expenses |
| 9. LECG, LLC | 05/30-06/01/08 | Newport, RI | Speech | Travel related expenses |
| 10 Northeast Energy Bar Associati on | 06/09-11/08 | New York, NY | Speech | Travel related expenses |
| 11 George Mason University | Jan-Dec 08 | Arlington, VA | Teaching | Books, misc. academic expenses |
| 12 George Mason University | 09/18-23/08 | LaJolla, CA | Seminar | Travel related expenses |
| 13 LECG, LLC | 10/22-26/08 | Lake Como, Italy | Speech | Travel related expenses |
| 14 University College London | 10/26-11/02/08 | London, England | Lecture | Travel related expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. University Club of Washington | Waiver of monthly dues | $2,100.00 |
| 2. William Little | 2 Washington National Opera Tickets | $400.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA/CREF retirement account | | None | P1 | T | | | | | |
| 2. ALLP com | | None | J | T | SELL part. | 12/26 | J | A | |
| 3. SEP IRA acct (owns additional ALLP com) | | None | J | T | | | | | |
| 4. Creditriskmonitor.com (CRMZ.com) | | None | | | SELL | 12/26 | J | A | |
| 5. Graham Field Health Prods.com (GFIHQ com) | | None | | | SELL | 12/26 | J | A | |
| 6. TBMH com | | None | | | SELL | 12/26 | J | A | |
| 7. WDMG com | | None | J | T | BUY | 1/9 | J | | |
| 8. WDMG.com | | None | K | T | BUY | 5/22 | J | | |
| 9. WBRXX | A | Dividend | L | T | | | | | |
| 10. CVX | C | Dividend | L | T | | | | | |
| 11. CYBS | | None | | | Sold | 5/5 | K | D | |
| 12. DKS | | None | L | T | Sold (part) | 5/22 | K | D | |
| 13. ECL | A | Dividend | K | T | | | | | |
| 14. EPD | E | Dividend | K | T | | | | | |
| 15. FAST | B | Dividend | M | T | Sold (part) | 11/17 | L | F | |
| 16. HWAY | | None | | | Sold | 4/22 | K | | |
| 17. ICAD | | None | | | Sold | 5/5 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  IDXX | | None | K | T | Sold (part) | 12/9 | J | | |
| 19.  IRM | | None | K | T | Sold (part) | 12/9 | K | | |
| 20.  IBB | | None | | | Sold | 5/5 | J | A | |
| 21.  TYPE | | None | | | Sold | 11/17 | J | | |
| 22.  NTRS | A | Dividend | K | T | Sold (part) | 11/17 | K | | |
| 23.  PAYX | B | Dividend | L | T | | | | | |
| 24.  PEP | B | Dividend | K | T | | | | | |
| 25.  SLH | | None | K | T | | | | | |
| 26.  SBUX | | None | | | Sold (part) | 4/22 | K | | |
| 27.  SBUX | | None | | | Sold | 5/13 | J | | |
| 28.  SRCL | | None | M | T | | | | | |
| 29.  WFMI | A | Dividend | | | Sold | 7/28 | K | | |
| 30.  BHP | B | Dividend | K | T | Sold (part) | 5/5 | J | D | |
| 31.  NVS | A | Dividend | J | T | | | | | |
| 32.  RBA | A | Dividend | L | T | Sold (part) | 6/27 | J | C | |
| 33.  NUVA | | None | | | Buy | 4/22 | K | | |
| 34.  NUVA | | None | | | Sold (part) | 9/5 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NUVA | | None | | | Sold | 10/27 | K | B | |
| 36. TSCO | | None | K | T | Buy | 4/22 | K | | |
| 37. MHS | | None | K | T | Buy | 5/13 | L | | |
| 38. GILD | | None | L | T | Buy | 7/28 | K | | |
| 39. GILD | | None | L | T | Buy (add'l) | 8/22 | K | | |
| 40. DLB | | None | K | T | Buy | 9/25 | K | | |
| 41. CHTT | | None | K | T | Buy | 12/31 | K | | |
| 42. TMGX+ | C | Dividend | N | T | | | | | |
| 43. C | B | Dividend | K | T | Sold (part) | 4/22 | J | D | |
| 44. XOM | D | Dividend | N | T | | | | | |
| 45. GE | D | Dividend | L | T | Buy (add'l) | 2/1 | K | | |
| 46. MHS | | None | K | T | | | | | |
| 47. MRK | B | Dividend | K | T | | | | | |
| 48. QSGI | | None | J | T | | | | | |
| 49. WYE | B | Dividend | L | T | | | | | |
| 50. RDS A | C | Dividend | L | T | Sold (part) | 7/2 | K | E | |
| 51. PHK | C | Dividend | K | T | Sold (part) | 12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VA STATE PUB SCH | C | Int./Div. | | | Sold | 4/28 | M | | |
| 53. AA | A | Dividend | J | T | | | | | |
| 54. ALLP | | None | J | T | | | | | |
| 55. MO | B | Dividend | K | T | | | | | |
| 56. AIG | | None | J | T | | | | | |
| 57. AMGN | | None | J | T | | | | | |
| 58. BAC | A | Dividend | J | T | | | | | |
| 59. CYBS | | None | J | T | | | | | |
| 60. GS | A | Dividend | | | Sold | 6/3 | L | B | |
| 61. JNJ | A | Dividend | K | T | | | | | |
| 62. JPM | A | Dividend | J | T | Sold (part) | 11/28 | K | C | |
| 63. NYX | A | Dividend | J | T | | | | | |
| 64. QCOM | A | Dividend | J | T | | | | | |
| 65. SHLD | | None | J | T | Sold (part) | 11/25 | K | | |
| 66. WRIGLEY CL B CONV | A | Dividend | | | Sold | 10/7 | J | C | |
| 67. ZOLT | | None | J | T | | | | | |
| 68. NVS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SKT | A | Dividend | K | T | | | | | |
| 70. PM | C | Dividend | L | T | Spinoff (from line 55) | 3/31 | | | |
| 71. BA | A | Dividend | J | T | | | | | |
| 72. CSCO | | None | J | T | | | | | |
| 73. CDE | | None | J | T | | | | | |
| 74. DVN | A | Dividend | K | | | | | | |
| 75. INTC | A | Dividend | J | T | | | | | |
| 76. KMP | B | Dividend | K | T | | | | | |
| 77. MMP | A | Dividend | J | | | | | | |
| 78. MSFT | A | Dividend | J | | | | | | |
| 79. EWJ | A | Dividend | K | T | | | | | |
| 80. CHK | A | Dividend | J | T | Buy | 4/22 | K | | |
| 81. SIAL | A | Dividend | K | T | Buy | 5/27 | K | | |
| 82. AEE | B | Dividend | | | Sold | 12/24 | K | | |
| 83. T | B | Dividend | K | T | Buy (add'l) | 4/7 | K | | |
| 84. BP | D | Dividend | M | T | | | | | |
| 85. CAT | A | Dividend | K | T | Buy (add'l) | 12/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   KO | A | Dividend | K | T | | | | | |
| 87.   ESRX | | None | L | T | Buy<br>(add'l) | 5/14 | K | | |
| 88.   HON | A | Dividend | K | T | Buy | 12/24 | K | | |
| 89.   MON | A | Dividend | K | T | Buy | 12/24 | K | | |
| 90.   SIAL | A | Dividend | K | T | Buy | 8/19 | K | | |
| 91.   URS | | None | K | T | Buy | 12/24 | K | | |
| 92.   IBM | A | Dividend | K | T | | | | | |
| 93.   OCFC | A | Dividend | K | T | Sold<br>(part) | 12/24 | J | | |
| 94.   PULB | B | Dividend | K | T | | | | | |
| 95.   SLB | B | Dividend | L | T | | | | | |
| 96.   STEC | | None | | | Sold | 12/24 | J | | |
| 97.   TRV | A | Dividend | | | Sold | 9/17 | J | B | |
| 98.   USU | | None | | | Sold<br>(part) | 7/9 | J | | |
| 99.   USU | | None | | | Sold | 12/24 | J | | |
| 100.  XEL | A | Dividend | K | T | | | | | |
| 101.  ZMH | | None | | | Sold<br>(part) | 4/7 | J | B | |
| 102.  ZMH | | None | | | Sold | 12/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ATK | | None | L | T | | | | | |
| 104. APFC | | None | K | T | | | | | |
| 105. BCS | | None | J | T | | | | | |
| 106. CRNT | | None | | | Sold | 7/7 | K | C | |
| 107. EFSC | A | Dividend | K | T | | | | | |
| 108. SFI | B | Dividend | | | Sold | 11/13 | J | | |
| 109. KIM | A | Dividend | J | T | | | | | |
| 110. LSI | | None | J | T | | | | | |
| 111. MON | A | Dividend | K | T | | | | | |
| 112. NOBH | A | Dividend | K | T | | | | | |
| 113. ONNN | | None | J | T | | | | | |
| 114. PCYO | | None | | | Sold | 11/13 | J | | |
| 115. SNY | A | Dividend | K | T | | | | | |
| 116. STEC | | None | J | T | | | | | |
| 117. TNE | | None | | | Sold (part) | 4/9 | K | D | |
| 118. TNE | | None | | | Sold | 8/4 | J | C | |
| 119. TMCO | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. TACT | | None | | | Sold | 9/17 | J | D | |
| 121. HYTM | | None | J | T | Buy | 3/12 | K | | |
| 122. HYTM | | None | J | | Sold (part) | 11/17 | J | | |
| 123. WFC | A | Dividend | K | T | Buy | 3/26 | K | | |
| 124. CMO | B | Dividend | K | T | Buy | 4/21 | K | | |
| 125. Fifth Third Captrust VII | A | Int./Div. | | | Buy | 7/17 | K | | |
| 126. Fifth Third Captrust VII | A | Int./Div. | | | Sold | 10/2 | J | | |
| 127. HLX | | None | | | Buy | 10/16 | J | | |
| 128. HLX | | None | | | Sold | 11/13 | J | | |
| 129. HPQ | A | Dividend | J | T | | | | | |
| 130. UNH | A | Dividend | | | Sold | 5/5 | J | | |
| 131. Stephens Family Holdings, L.C. (X) | C | Int./Div. | K | W | | | | | |
| 132. Stephens Family Partnership, L.P. (X) | F | Dividend | O | W | | | | | |
| 133. VA St Res Auth Infrastructure Rev Pooled | A | Interest | K | T | Buy | 11/19 | K | | |
| 134. Norfolk VA G/O RFDG CAP Impt | B | Interest | K | T | Buy | 11/19 | K | | |
| 135. Lynchburg VA GO BDS | A | Interest | K | T | Buy | 11/19 | K | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III-A. Non-Investment Income
Re: Payments Made to Charitable Organizations in Lieu of Honoraria in 2008

Please see attached sheets.

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

Part III-A. Non-Investment Income
Payments Made to Charitable Organizations in Lieu of Honoraria in 2008

| Donor | Date | Amount |
|---|---|---|
| AEI | 4/25/08 | $500 |
| AEI | 4/25/08 | $2,000 |
| AEI | 4/25/08 | $1,000 |
| AEI | 4/24/08 | $2,500 |
| AEI | 4/25/08 | $1,000 |
| AEI | 4/25/08 | $500 |
| AEI | 6/27/08 | $500 |
| AEI | 7/17/08 | $500 |
| AEI-Brookings | 7/17/08 | $100 |
| AEI | 7/17/08 | $500 |
| AEI-Brookings | 7/17/08 | $130 |
| AEI | 7/17/08 | $500 |
| AEI | 7/17/08 | $500 |
| AEI-Brookings | 7/17/08 | $200 |
| AEI-Brookings | 7/21/08 | $120 |
| AEI-Brookings | 7/21/08 | $100 |
| AEI-Brookings | 7/30/08 | $100 |
| AEI-Brookings | 7/30/08 | $250 |
| NYLS | 11/7/08 | $500 |
| TOTAL | | $11,500 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544